McGREGOR W. SCOTT
United States Attorney
COURTNEY J. LINN
Assistant U.S. Attorneys
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700



FILED

JUL 19 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>IN RE MATTER OF SEIZURE<br>WARRANT FOR CERTAIN FUNDS | SW- 05-0174 KJM<br><br>[PROPOSED] SEALING ORDER |

For good cause shown in ¶ 41 of the affidavit of Chris Fitzpatrick, Special Agent, IRS-CID, in support of the seizure warrant issued in the above-captioned matter(s), the Court orders that such affidavit be, and the same hereby is, SEALED pending further order of the Court.

IT IS SO ORDERED.

DATED: 7/18/05

KIMBERLY J. MUELLER
UNITED STATES MAGISTRATE JUDGE