1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorneys
3  501 "I" Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



FILED

MAR 24 2006

JACK L. WAGNER, CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )   SW-05-0174 KJM
         Plaintiff,              )
                                 )
    v.                           )
                                 )
IN RE MATTER OF SEIZURE,         )   [PROPOSED] UNSEALING ORDER
WARRANT FOR CERTAIN FUNDS        )
                                 )

    On July 19, 2005, the Court entered a sealing order on the affidavit and seizure warrant numbered: SW-05-0174 KJM.  The United States now requests that the affidavit and seizure warrant listed above be unsealed.

    IT IS SO ORDERED.

DATED: 3/24/06

                                 _____
                                 KIMBERLY J. MUELLER
                                 UNITED STATES MAGISTRATE JUDGE